1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| **SHC SERVICES INC. dba** )<br>**SUPPLEMENTAL HEALTH CARE,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**ALL HEALTH SERVICES CORP., ALL** )<br>**HEALTH SERVICES, LLC., ROBERT** )<br>**A. GARCIA, DEBORAH G. MACKEY,** )<br>**and NADINE M. PEREZ-TURRIETTA,** )<br>)<br>)<br>**Defendants.** )<br>_____) | CV **F 06-0761 AWI DLB**<br><br>**ORDER SETTING BRIEFING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING DATE FOR HEARING THEREON**<br><br>[Document # 6] |

18

19   In this action for damages, injunctive relief, and accounting, plaintiff SHC Services, Inc.

20   ("Plaintiff") has applied *ex parte* for a temporary restraining order ("TRO") to prevent defendants

21   All Health Services Corp., et al. ("Defendants") from appropriating and using trade secrets

22   belonging to Plaintiff.   Pursuant to Rule 65(b), Federal Rules of Civil Procedure, a temporary

23   restraining order may be granted without notice to the adverse party only if: 1) it clearly appears

24   from specific facts shown by affidavit or verified complaint that immediate and irreparable

25   injury, loss or damage will result before the adverse party can be heard in opposition, and 2) the

26   applicant's attorney certifies the reasons that notice should not be required.

27   While Plaintiff's application alleges it will be harmed if Defendant's practices are not

28   restrained, the application does not allege reasons sufficient to issue such an order without notice

1  to the opposing party or an opportunity to be heard.  However, recognizing that the ongoing
2  nature of the harm Plaintiff alleges implies an urgent need for injunctive relief, the court will
3  direct briefing and schedule a hearing on the issue at the earliest practicable time.

5       THEREFORE, it is hereby ordered that Defendants may file and serve an opposition to
6  Plaintiffs request for TRO not later than 4:00 p.m. Monday, June 26, 2006.  If Defendant does
7  not oppose Plaintiffs request, Defendant shall file and serve a notice of non-opposition not later
8  than 4:00 p.m. Monday, June 26, 2006.  Plaintiff may file and serve a reply brief not later than
9  4:00 p.m. Friday, June 30, 2006.  Hearing on Plaintiff's application for TRO shall be held at 1:30
10 p.m. on Monday, July 3, 2006, in department 2.

12 IT IS SO ORDERED.
13 **Dated:     June 20, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE

2