# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHC SERVICES, INC, ) | 1:06cv0761 AWI DLB |
| ) | |
| ) | ORDER DENYING PLAINTIFF'S EX |
| Plaintiff, ) | PARTE REQUEST TO SHORTEN TIME |
| ) | |
| v. ) | (Document 98) |
| ) | |
| ALL HEALTH SERVICES, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   Plaintiff SHC Services, Inc. ("SHC") filed the instant ex parte request to shorten time on March 12, 2007, seeking to shorten time for the hearing on SHC's motion to compel further discovery responses and award sanctions. The motion is currently set for hearing on April 13, 2007.

   Upon review of SHC's application and supporting documentation, the Court finds that good cause does not exist to shorten time. The ex parte application is therefore DENIED. The hearing for SHC's motion to compel SHALL REMAIN set for April 13, 2007.


   IT IS SO ORDERED.

   Dated:   **March 27, 2007**             **/s/ Dennis L. Beck**
9b0hie                                UNITED STATES MAGISTRATE JUDGE

1