# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHC SERVICES, INC, | ) | 1:06cv0761 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING SANCTIONS |
| Plaintiff, | ) | PURSUANT TO THE COURT'S |
| | ) | APRIL 19, 2007, ORDER |
| v. | ) | |
| | ) | |
| ALL HEALTH SERVICES, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On April 19, 2007, the Court granted Plaintiff's motion to compel further discovery. The Court also granted Plaintiff's request for sanctions in part, and ordered Individual Defendants to pay Plaintiff's reasonable attorneys' fees and costs associated with bringing the motion to compel, excluding the expenses associated with the ex parte application for an order shortening time. The Court ordered Plaintiff's counsel to submit a declaration identifying the relevant costs and attorneys' fees.

On April 18, 2007, Plaintiff's counsel submitted a supplemental declaration setting forth their fees and costs associated with the March 12, 2007, motion to compel. Plaintiff requests a total of $6,410.14 in fees and costs. Of this amount, $3,255 represents time spent preparing and briefing the motion and appearing at the hearing, while $3,155.14 represents travel time to and from Fresno and associated airfare, rental car and hotel accommodations. After reviewing the declaration and the underlying motion, the Court finds that $2,500 is sufficient compensation for

attorneys' fees.  The Court further finds that Plaintiff is not entitled to recover for travel time and associated costs.  Counsel could have appeared telephonically at the April 13, 2007, hearing, and although they were certainly entitled to appear in person, the costs of their decision should not be included in the amount of sanctions.

### **ORDER**

Pursuant to the April 19, 2007, motion granting sanctions in part, Individual Defendants SHALL PAY SANCTIONS to Plaintiff's counsel in the amount of $2,500.  This amount shall be paid on or before June 1, 2007.  Failure to comply with this order will result in further sanctions.

IT IS SO ORDERED.

Dated:   **May 15, 2007**            **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE