Ernest W. Klatte, III (State Bar No. 115914)
eklatte@rutan.com
Shawn M. Larsen (State Bar No. 204439)
slarsen@rutan.com
Summer Young-Agriesti (State Bar No. 232883)
syoung@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
SHC SERVICES, INC. dba SUPPLEMENTAL
HEALTH CARE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHC SERVICES, INC. dba SUPPLEMENTAL HEALTH CARE, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALL HEALTH SERVICES, CORPORATION, a California corporation; ALL HEALTH SERVICES, LLC, a California limited liability company; ROBERT A. GARCIA, an individual; DEBORAH G. MACKEY, an individual; NADINE M. PEREZ-TURRIETTA,<br><br>Defendants. | Case No. 1:06-CV-00761-AWI-DLB<br><br>**STIPULATION AND ORDER RE: EXTENSION OF DEADLINES**<br><br>Date Action Filed: June 15, 2006<br>Trial Date:         October 2, 2007 |

Rutan & Tucker, LLP
*attorneys at law*

2310/022713-0004
813956.02 a05/23/07

1   Plaintiff SHC Services, Inc. ("SHC") and Defendants All Health Services
2   Corporation; All Health Services, LLC; Robert A. Garcia; Deborah G. Mackey; and
3   Nadine Perez-Turietta (collectively, "the Defendants"), by and through their respective
4   counsel, hereby stipulate as follows:

5   WHEREAS, trial in this matter is scheduled to begin on October 2, 2007.
6   Accordingly, pursuant to Federal Rule of Civil Procedure 26 and the Court's September
7   15, 2006 Scheduling Order, the following deadlines regarding expert witness discovery
8   and dispositive motions have been set:

- May 7, 2007:  Last day to disclose expert witnesses;
- June 1, 2007:  Last to file/serve dispositive motions;
- June 6, 2007:  Last day to disclose rebuttal expert witnesses;
- June 11, 2007:  Expert discovery cut-off (including completion of expert depositions);
- June 13, 2007:  Last day to file non-dispositive motions;
- July 3, 2007:  Last day to hear dispositive motions;
- July 3, 2007:  Last day to make disclosure of expert testimony at trial.

17  WHEREAS, the parties have agreed to participate in a private mediation, to be held
18  on Thursday, June 14, 2007.  To avoid unnecessarily incurring attorneys' fees and costs
19  prior to the mediation, the parties have agreed to extend the forgoing dates, as set forth
20  below.

21  NOW, THEREFORE, the parties hereby stipulate and agree as follows:

22  The parties' deadlines regarding expert witness discovery and dispositive motions
23  shall be extended as follows:

- *June 21, 2007*:  Last day to disclose expert witnesses;
- *July 16, 2007*:  Last to file/serve dispositive motions;
- *July 20, 2007*:  Last day to disclose rebuttal expert witnesses;
- *July 27, 2007*:  Last day to file non-dispositive motions;

- *August 3, 2007*: Expert discovery cut-off (including completion of expert depositions);

- *August 3, 2007*: Last day to hear dispositive motions;

- *August 3, 2007*: Last day to make disclosure of expert testimony at trial.

Dated: May __, 2007

ERNEST W. KLATTE, III
SHAWN M. LARSEN
SUMMER YOUNG-AGRIESTI
RUTAN & TUCKER, LLP

By: /s/
Shawn M. Larsen
Attorneys for Plaintiff
SHC SERVICES, INC. dba
SUPPLEMENTAL HEALTH CARE

Dated: May __, 2007

GORDON M. PARK
CHRISTOPHER LOZANO
DANA B. DENNO
McCORMICK BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

By: /s/
Christopher Lozano
Attorneys for Defendants
ALL HEALTH SERVICES CORP.; ALL HEALTH SERVICES, LLC; ROBERT A. GARCIA; DEBORAH G. MACKEY; NADINE M. TURRIETTA

**IT IS SO ORDERED.**

Dated: May 23, 2007

/s/ Dennis L. Beck
U.S. Magistrate Judge
Eastern District of California