1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| **SHC SERVICES INC. dba SUPPLEMENTAL HEALTH CARE,**  )<br>)<br>**Plaintiff,**  )<br>)<br>)<br>**v.**  )<br>)<br>**ALL HEALTH SERVICES CORP., ALL**  )<br>**HEALTH SERVICES, LLC., ROBERT**  )<br>**A. GARCIA, DEBORAH G. MACKEY,**  )<br>**and NADINE M. PEREZ-TURRIETTA,**  )<br>)<br>)<br>**Defendants.**  )<br>_____ ) | **CV F 06-0761 AWI DLB**<br><br>**ORDER VACATING HEARING DATE OF JULY 30, 2007, AND TAKING MOTIONS UNDER SUBMISSION** |

19    In this action for damages and injunctive relief by plaintiff SHC Services, Inc.
20 ("Plaintiff") against defendant All Health Services, Inc., and three named individual defendants
21 (collectively, "Defendants"), each of the Defendant parties have moved for summary judgment or
22 partial summary judgment. Hearing on the motions for summary judgment is currently set to be
23 held on July 30, 2007. The court has received the pleadings of the parties with respect to each of
24 the motions. Because of the volume of material submitted by the parties, and in consideration of
25 the court's crowded calendar, the court finds it is necessary to reschedule the hearing date for the
26 motion currently set for hearing on July 30, 2007. As of the date of this order, the court has not
27 determined whether oral argument on any or all of these motions will be necessary or the date of
28 any subsequent hearing or hearings. The court will therefore vacate the July 30, 2007, hearing

date and will notify the parties at least eight (8) days in advance of the date(s) scheduled for hearings on the parties' motions.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 30, 2007, is hereby VACATED and no party shall appear at that time. The motions for summary judgment will be taken under submission as of July 30, 2007, and the court will thereafter issue its opinion, or will schedule further briefing and/or oral argument upon notice to the parties.

IT IS SO ORDERED.

**Dated:   July 25, 2007**              /s/ **Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE

2