Ernest W. Klatte, III (State Bar No. 115914)
eklatte@rutan.com
Shawn M. Larsen (State Bar No. 204439)
slarsen@rutan.com
Summer Young-Agriesti (State Bar No. 232883)
syoung@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
SHC SERVICES, INC. dba SUPPLEMENTAL
HEALTH CARE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHC SERVICES, INC. dba SUPPLEMENTAL HEALTH CARE, a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>ALL HEALTH SERVICES, CORPORATION, a California corporation; ALL HEALTH SERVICES, LLC, a California limited liability company; ROBERT A. GARCIA, an individual; DEBORAH G. MACKEY, an individual; NADINE M. PEREZ-TURRIETTA,<br><br>   Defendants. | Case No. 1:06-CV-00761-AWI-DLB<br><br>**STIPULATION RE: DISMISSAL & ORDER THEREON**<br><br>Date Action Filed: June 15, 2006<br>Trial Date:   October 2, 2007 |

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff SHC Services, Inc. dba
2  Supplemental Health Care ("SHC") and Defendants All Health Services Corporation; All
3  Health Services, LLC; Robert A. Garcia; Deborah G. Mackey; and Nadine M. Perez-
4  Turrietta (collectively, the "Defendants"), by and through their respective counsel, hereby
5  stipulate that this action shall be dismissed with prejudice.  The Parties further stipulate
6  that each party shall bear their own attorneys' fees and costs in this action.

Dated:  August 10, 2007

RUTAN & TUCKER, LLP

ERNEST W. KLATTE, III
SHAWN M. LARSEN

By:      /s/ Shawn Larsen
     Shawn M. Larsen
     Attorneys for Plaintiff
     SHC SERVICES, INC. dba
     SUPPLEMENTAL HEALTH CARE

Dated:  August 10, 2007

McCORMICK BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP
GORDON M. PARK
DANA B. DENNO

By:      /s/ Gordon Park
     Gordon M. Park
     Attorneys for Defendants
     ALL HEALTH SERVICES CORP.; ALL
     HEALTH SERVICES, LLC; ROBERT
     A. GARCIA; DEBORAH G. MACKEY;
     NADINE M. TURRIETTA

### ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of

a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:     August 10, 2007               /s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE